UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

-against

**ORDER**
19 CR 288 (KMW)

XIU KE XIA,

Defendant.

-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for

Wednesday, January 8, 2020, is adjourned to Tuesday, January 21, 2020, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
December 19, 2019

Kimba m. Wood

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE