USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

19 CR 288 (KMW)

ORDER

XIU KE XIA,

Defendant.
-----------------------------------------------------------------x

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on September 10, 2019;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated: New York, New York
January 21, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE